# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LESLIE MANNING, JR.,<br><br>    Plaintiff,<br><br>    v.<br><br>M. STAINER, et al.,<br><br>    Defendants. | Case No. 1:15-cv-00530 DLB PC<br><br>ORDER CONSTRUING PLAINTIFF'S MOTION TO FILE DISCOVERY AS MOTION TO ADD EXHIBIT TO COMPLAINT<br>[ECF No. 6]<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO ADD EXHIBIT TO COMPLAINT<br>[ECF No. 6] |

Plaintiff David Leslie Manning, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 6, 2015. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 27, 2015, Plaintiff filed the instant motion to file discovery. Plaintiff states the grievance process was not yet completed when he filed suit. He seeks to include as an exhibit the denial at the second level of review at his institution. Discovery is not yet open in this case, as the complaint must first be screened. Plaintiff's motion to file discovery is therefore CONSTRUED as a motion to add an exhibit to his complaint, and Plaintiff's motion is GRANTED. Plaintiff is advised, however, that the Court will not accept further piecemeal additions to the complaint. The complaint must be complete in and of itself. If Plaintiff seeks to

1

include additional documents, he must file an amended complaint pursuant to Fed. R. Civ. P. 15(a).

IT IS SO ORDERED.

   Dated: __**May 4, 2015**__            /s/ *Dennis L. Beck*
                                              UNITED STATES MAGISTRATE JUDGE