# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LESLIE MANNING, JR., | Case No. 1:15-cv-00530 DLB PC |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S MOTION TO OPEN CASE |
| v. | [ECF No. 10] |
| M. STAINER, et al., | |
| Defendants. | |

Plaintiff David Leslie Manning, Jr., a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on April 6, 2015. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 17, 2015, Plaintiff filed a miscellaneous motion titled, "Motion to Open Case No. 1:15-cv-00530-DLB and Add Declaration for Amending Complaint." The Court is unable to determine the relief Plaintiff seeks from his motion. Plaintiff asks the Court to "open" the case based on his declaration. Plaintiff is advised that the case is already open; however, Plaintiff is reminded that the Court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. 1915A(a). The Court is aware of the pendency of this case and will screen Plaintiff's complaint in due course.

To the extent Plaintiff wishes to amend his complaint, under Fed. R. Civ. P. 15 Plaintiff may do so once as a matter of course. However, as the Court stated in its order of May 4, 2015, the Court

will not accept piecemeal additions to the complaint.  The complaint must be complete in and of itself.  If Plaintiff seeks to include additional documents, facts, or claims, he must file an amended complaint.

**ORDER**

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to open the case is DENIED.

IT IS SO ORDERED.

Dated:   **August 25, 2015**　　　　　　　　　　／s/ *Dennis L. Beck*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE