1

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

10

11

12

13

14

15

| | |
|---|---|
| DAVID LESLIE MANNING, JR., | Case Nos. 1:15-cv-00530-DLB (PC) |
| | 2:15-cv-02601-TLN-AC |
| Plaintiff, | |
| | ORDER RELATING CASES AND |
| v. | REASSIGNING ACTION TO MAGISTRATE |
| | JUDGE DENNIS L. BECK |
| M. STAINER, et al., | |
| | New Case No.  1:16-cv-00049 LJO DLB (PC) |
| Defendants. | |
| _____/ | |

16

17

18

19

20

21

Plaintiff David Leslie Manning, Jr., a state prisoner proceeding pro se and in forma pauperis, filed a civil rights action pursuant to 42 U.S.C. § 1983 on November 18, 2015, in Case No. 1:15-cv-01744-MJS (PC).   The matter was transferred to the Sacramento Division on December 16, 2015, and assigned Case No. 2:15-cv-02601-AC.  Plaintiff seeks relief from a decision by the Board of Parole Hearings denying early parole release.

22

23

24

25

26

27

In his complaint in Case No. 2:15-cv-02601-AC, Plaintiff references filing the prior case of 1:15-cv-00530 DLB PC which is currently pending screening before this Court.  The Court's review of these cases reveals that the case of <u>Manning v. Stainer</u>, 2:15-cv-02601-AC is related under Local Rule 123 to the action <u>Manning v. Stainer</u>, 1:15-cv-00530-DLB (PC).  Both actions are based on the same or substantially similar underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

28

1.  The Office of the Clerk shall reassign case 2:15-cv-02601-AC and open a new case in the Fresno Division;

2.  The new case number shall be:

**1:16-cv-00049 LJO DLB (PC)**

and all future pleadings and/or correspondence must be so numbered; use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution of copies to the judge assigned; and

3.  The Office of the Clerk shall relate case 1:16-cv-00049 LJO DLB (PC) with case 1:15-cv-00530-DLB (PC).

IT IS SO ORDERED.

Dated:   __**January 13, 2016**__                    _____/s/ *Dennis L. Beck*_____
                                                                UNITED STATES MAGISTRATE JUDGE

2